

U.S. Department of Justice

*Western District of Tennessee*

*167 North Main Street, Suite 800*  *Telephone (901)544-4231*
*Memphis, Tennessee 38103*  *Fax (901)544-4230*

January 4, 2022

Lawrence Laurenzi
130 N Ct Ave.
Memphis, TN 38103

Coleman Garrett
295 Washington Ave #2
Memphis, TN 38103

Re: *United States vs. Glenda Adams and Aaron Neglia*
　　Cr. No. 21-20265-JTF

Dear Counsel:

　　This letter supplements our previous discovery response. We are providing an Excel spreadsheet provided by the NICB. The spreadsheet contains NICB records of auto accidents from April through October of 2020 in which the law firm of Wells and Associates represented a party to the accident. Some, but not all, of these records were provided to you last week.
　　Please feel free to contact undersigned counsel at (901) 544-4231 if you have any questions.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　JOSEPH C. MURPHY, JR.
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　By:　　s/David Pritchard
　　　　　　　　　　　　　　　　DAVID PRITCHARD
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　167 N. Main Street, Ste. 800
　　　　　　　　　　　　　　　　Memphis, TN 38103
　　　　　　　　　　　　　　　　(901) 544-4231