UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF RE-SETTING**
Before Judge Jon Phipps McCalla, United States District Judge

February 24, 2022

RE:   **2:21-cr-20265-JPM**
          *USA v. AARON NEGLIA*

Dear Sir/Madam:

A **FINAL REPORT/CHANGE OF PLEA HEARING** has been **RESET** from FRIDAY, FEBRUARY 25, 2022 at 10:30 A.M. to **FRIDAY, MARCH 11, 2022 at 2:00 P.M.** before **Judge Jon Phipps McCalla in Courtroom 7 on the 9th floor of the Federal Building, Memphis, Tennessee.**

Please submit the proposed plea agreement, a summary of the elements of the offense(s) charges and the statutory penalties to chambers at least one (1) day in advance of the change of plea hearing by emailing it to: ECF_Judge_McCalla@tnwd.uscourts.gov.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

                                        Sincerely,
                                        THOMAS M. GOULD, CLERK
                                        BY:   *s/Jeff Sample*,
                                                  Case Manager
                                                  901-495-1243
                                                  jeffrey_sample@tnwd.uscourts.gov